**1006** 

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BIRD.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan. JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY CORPOLONGO.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.